IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WENDELL EUGENE REVELS ) | Case No. 16-30316-KLP |
| ANGELA DOLORES REVELS ) | Chapter 13 |
| ) | |
| Debtors ) | |

## MOTION TO WAIVE REQUIREMENTS OF 11 U.S.C. § 1328

COMES NOW, the Debtor, Angela Dolores Revels, by counsel, and as and for the Motion to Waive the Requirements of 11 U.S.C. § 1328 and for Entry of an Order of Discharge, states as follows:

1. The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on January 27, 2016.

2. All payments under the confirmed Chapter 13 Plan have been made to the Trustee.

3. The Debtor, Wendell Eugene Revels, died on or about November 30, 2019, and is unable to complete a class on personal financial management, or execute a certification in accordance with 11 U.S.C. § 1328.

WHEREFORE, Debtor, Angela Dolores Revels, by counsel, respectfully requests that the Court enter an Order waiving, as it pertains to Wendell Eugene Revels, the requirement to complete the post-petition financial management course required by 11 U.S.C. § 1328(g), from

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

having to file the Certification of Compliance required by 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

ANGELA DOLORES REVELS

By: /s/ James E. Kane<br>Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and a copy was mailed to the parties on the list attached hereto.

/s/ James E. Kane<br>James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WENDELL EUGENE REVELS ) | Case No. 16-30316-KLP |
| ANGELA DOLORES REVELS ) | Chapter 13 |
| ) | |
| Debtors ) | |

**NOTICE OF MOTION**

    The above the Debtor, Angela Dolores Revels, has filed a Motion to Waive the Requirements of 11 U.S.C. § 1328 in the above matter.

    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within seven (7) days from the date of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

   Clerk of Court
   United States Bankruptcy Court
   701 East Broad Street
   Richmond, VA  23219

You must also mail a copy to:

   James E. Kane, Esquire
   Kane & Papa, P.C.
   1313 East Cary Street
   Richmond, Virginia  23219

- Attend a hearing to be scheduled by the Court.  You will receive a separate notice of hearing.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: April 27, 2020                                        ANGELA DOLORES REVELS


                                                             By: /s/ James E. Kane
                                                                        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and a copy was mailed to the parties on the list attached hereto.


                                                             /s/ James E. Kane
                                                                  James E. Kane

AMCA  
P.O. Box 1235  
Elmsford, NY 10523

American Medical Collection Ag  
4 Westchester Plaza  
Elmsford, NY 10523

Amerifinancial Solutions  
PO Box 602570  
Charlotte, NC 28260

Bon Secours  
P.O. Box 28538  
Henrico, VA 23228

Capital One  
15000 Capital One Drive  
Henrico, VA 23238

Capital One  
P.O. Box 85520  
Richmond, VA 23285

Central Credit Services  
PO Box 1898  
Saint Charles, MO 63302

Chase Receivables  
P.O. Box 4115  
Dept 1011  
Concord, CA 94524

Chesterfield Fire & EMS  
PO Box 1658  
Chesterfield, VA 23832

Chippenham Hospital  
PO Box 13620  
Richmond, VA 23225

Comonwealth of VA  
12304 Washington Highway  
Ashland, VA 23005

```
Focused Recovery
9701 Metropolitan Ct., Ste. No
Richmond, VA 23236


Focused Recovery
9701 Metropolitan Ct.
Richmond, VA 23236


Focused Recovery
PO Box 63355
Charlotte, NC 28263


Focused Recovery Solutions
9701 Metropolitan Ct.
Richmond, VA 23236


Ford Motor Credit Company
PO Box 542000
Omaha, NE 68154


Ford Motor Credit Company
PO Box 54200
Tampa, NE 68754


Gilliam & Evans, PLC
PO Box 845
Chesterfield, VA 23832


Hanover County Dept of Soc Svs
12304 Washington Highway
Ashland, VA 23005


Hanover Family Physicians
9376 Atlee Station Road
Mechanicsville, VA 23116-2602


Horizon Financial Management
9980 Georgia Street
Crown Point, IN 46307


IC Systems Collections
PO Box 64378
Saint Paul, MN 55164
```

```
Loan Care Servicing Center
3637 Sentara Way
Virginia Beach, VA 23452


Mariner Finance LLC
13102 Midlothian Tnpk.
Midlothian, VA 23113


MCV Physicians
P.O. Box 91747
Richmond, VA 23291


Midland Credit Managbement Inc
P.O. Box 60578
Los Angeles, CA 90060-0578


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


Montegromery Ward
3650 Mikwaukee Street
Madison, WI 53714


NIPAS, Inc.
P.O. Box 99400
Louisville, KY 40269


Ortho Virginia
7821 Ironbridge Road
Richmond, VA 23237


Prestige Financial Service
1420 S. 500 West
Salt Lake City, UT 84115


Publishers Clearinghouse
PO Box 4002936
Des Moines, IA 50340
```

```
Radiology Assoc. of Richmond
PO Box 79923
Baltimore, MD 21279


Receivable Management Systems
7206 Hull Street Road
Ste 211
Richmond, VA 23235


Richard A. Cordle, Treasurer
Chesterfield County
P.O. Box 70
Chesterfield, VA 23832


St. Francis Medical Center
PO Box 843356
Boston, MA 02284-3356


St. Franics Family Med.
7007 Harbour View Blvd.
Suffolk, VA 23435-2719


Synchrony Bank
PO Box 960061
Orlando, FL 32896


Synchrony Bank
PO Box 965005
Orlando, FL 32896


Synchrony Bank
PO Box 965036
Orlando, FL 32896


Synchrony Bank
PO Box 965024
Orlando, FL 32896


Target
P.O. Box 660170
Dallas, TX 75266


TD Bank USA/Target
3701 Wayzata Blvd.
Minneapolis, MN 55416
```

The Swiss Colony
1112 7th Ave.
Monroe, WI 53566


Union Bank & Trust
PO Box 940
Ruther Glen, VA 22546


United Consumers
PO Box 4466
Woodbridge, VA 22194


VCI
7202 Glen Forest Drive
Suite 200
Richmond, VA 23226


Verizon Virginia
500 Technology Drive
Suite 300
Weldon Springs, MO 63304


Virginia Family Phys, P.C
2367 Colony Crossing Place
Midlothian, VA 23112-4280


Weebank/Freshstart
6250 Ridgewood ROA
Saint Cloud, MN 56303